CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>MOUTLON 3D, LLC, a California Limited Liability Company; EXETER 13166 DE, LLC, a Delaware Limited Liability Company; and YU N MI TOO, LLC, a California Limited Liability Company,<br><br>    Defendants. | **Case:** 2:20-cv-10195-SVW-MRW<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Moutlon 3D, LLC; Exeter 13166 DE, LLC and Yu N Mi Too, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 31,2021        CENTER FOR DISABILITY ACCESS

                              By:    /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff